IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GARY DALE DAVIS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:16-CV-0429-O-BL |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On August 10, 2017, the assigned Magistrate Judge issued a Report and Recommendation in which he recommended that the Court reverse the decision of the Commissioner and remand this case for further proceedings consistent with the recommendation. *See* ECF No. 14. No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding non, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 14) are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, the Court **REVERSES** the Commissioner's decision, and **REMANDS** this action for further administrative proceedings consistent with the Findings and Conclusions of the Court and this Order. The clerk is **DIRECTED** to mail a certified copy of this order to the appropriate clerk.

**SO ORDERED** this 25th day of August, 2017.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE